UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:19-CR-00208-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **JAVARIEN ANTUAIN BURRIS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Continue Sentencing. See Doc. No. 32. Having considered the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Joint Motion to Continue Sentencing, Doc. No. 32, is **GRANTED** for good cause shown. The Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar.

Signed: August 10, 2020

Max O. Cogburn Jr.
United States District Judge